UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HEATHER DE MIAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:18-CV-01680-AGF ) |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendant William Olsten's motion for leave to file his first amended crossclaim.  (ECF No. 86).  Defendant alleges that the City of St. Louis is obligated to defend and indemnify him in this lawsuit pursuant to REV. STAT. MO. § 590.502, as he was acting in the course and scope of his employment as a police officer.  He seeks to add allegations related to his recent acquittal in a related criminal case, *State of Missouri v. William Olsten*, Cause No. 1922-CR-02199-01.  No party has filed an objection and the time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant William Olsten's motion for leave to file his first amended crossclaim is **GRANTED**.  (ECF No. 86).  The Clerk of Court shall detach the proposed first amended crossclaim (ECF No. 86-1) and docket it as Defendant William Olsten's First Amended Crossclaim.

*/s/ Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of October, 2021.