UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HEATHER DE MIAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 4:18-CV-01680-AGF |
| | ) |
| CITY OF SAINT LOUIS, MISSOURI, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

Due to conflicts, the Court will be unable to try the case when it is set on September 12, 2022. Accordingly, the current trial setting is **vacated**. The court will schedule a conference with counsel to reset the trial date.

Dated this 22nd day of August, 2022.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE