# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3000

Heather De Mian

Appellant

v.

City of St. Louis, Missouri, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-01680-AGF)

_____

**MANDATE**

In accordance with the opinion and judgment of November 16, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 07, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit